IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br>MADLYN SHAVON MARISA,<br><br><br>Debtor | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO 14-41509-RFN<br>CHAPTER 13<br><br>Pre-hearing Conference<br>February 27, 2015 at 1:30 PM |

**TRUSTEE'S OBJECTION TO LATE FILED PROOF OF CLAIM
ON BEHALF OF SENECA MORTGAGE SERVICING LLC, COURT CLAIM # 9 FOR $27,619.18**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

Now comes Pam Bassel, the Standing Chapter 13 Trustee ("Trustee") and files the Trustee's Objection to the Late Filed Proof of Claim on Behalf of SENECA MORTGAGE SERVICING LLC, pursuant to Rule 3007 of the Bankruptcy Rules of Civil Procedure, and the Trustee would respectfully show the Court as follows:

1.  Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on or about April 04, 2014.

2.  The Non-Governmental Claims Bar Date ended on August 12, 2014 and the Governmental Bar Date was October 01, 2014.

3.  However, on or about December 19, 2014, SENECA MORTGAGE SERVICING LLC filed a Proof of Claim, Claim Number 9 in the amount of $27,619.18.

4.  Therefore, the Trustee asserts that Claim 9 is a late filed claim and should be disallowed. The Trustee would show that in order to receive a distribution under the plan, a creditor must file a timely claim and failure to file the claim timely bars any distributions.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that the Court **DISALLOW** Claim 9, and for such other and further relief to which the Trustee is justly entitled.

Pam Bassel
Chapter 13 Standing Trustee
6100 Western Place, Ste 1050
Ft. Worth, TX 76107

        Respectfully Submitted,

By: /s/ Heena Hirani
    Heena Hirani
    Bar No. 24069925
    Staff Attorney
    Pam Bassel
    Chapter 13 Standing Trustee
    Bar No. 01344800
    6100 Western Place, Ste 1050
    Ft. Worth, TX 76107
    Telephone: (817) 916-4710

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was served on January 16, 2015 and that the instrument was filed electronically.  Service was accomplished to the parties listed below, in the manner listed below:

                                                      /s/ Heena Hirani
                                                      Heena Hirani

**ATTORNEY FOR DEBTOR (electronically)**
ROBERT A HIGGINS AND ASSOCIATES
8200 CAMP BOWIE W BLVD
FORT WORTH, TX 76116

**DEBTOR (1st class mail)**
MADLYN SHAVON MARISA
5521 WELLESLEY AVE
FORT WORTH, TX 76107

**CREDITOR (1st class mail)**
SENECA MORTGAGE SERVICING LLC
3374 WALDEN AVE  STE 120
DEPEW, NY 14043

**US TRUSTEE (electronically)**
1100 COMMERCE STREET ROOM 976
DALLAS, TX 75254

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br>MADLYN SHAVON MARISA,<br><br><br>Debtor | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO 14-41509-RFN<br>CHAPTER 13<br><br>Pre-hearing Conference<br>February 27, 2015 at 1:30 PM |

### TRUSTEE'S OBJECTION TO LATE FILED PROOF OF CLAIM
### ON BEHALF OF SENECA MORTGAGE SERVICING LLC, COURT CLAIM # 9 FOR $27,619.18

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

Now comes Pam Bassel, the Standing Chapter 13 Trustee ("Trustee") and files the Trustee's Objection to the Late Filed Proof of Claim on Behalf of SENECA MORTGAGE SERVICING LLC, pursuant to Rule 3007 of the Bankruptcy Rules of Civil Procedure, and the Trustee would respectfully show the Court as follows:

1.  Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on or about April 04, 2014.

2.  The Non-Governmental Claims Bar Date ended on August 12, 2014 and the Governmental Bar Date was October 01, 2014.

3.  However, on or about December 19, 2014, SENECA MORTGAGE SERVICING LLC filed a Proof of Claim, Claim Number 9 in the amount of $27,619.18.

4.  Therefore, the Trustee asserts that Claim 9 is a late filed claim and should be disallowed. The Trustee would show that in order to receive a distribution under the plan, a creditor must file a timely claim and failure to file the claim timely bars any distributions.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that the Court **DISALLOW** Claim 9, and for such other and further relief to which the Trustee is justly entitled.

Pam Bassel
Chapter 13 Standing Trustee
6100 Western Place, Ste 1050
Ft. Worth, TX 76107

                                            Respectfully Submitted,

                                      By:  /s/ Heena Hirani
                                            Heena Hirani
                                            Bar No. 24069925
                                            Staff Attorney
                                            Pam Bassel
                                            Chapter 13 Standing Trustee
                                            Bar No. 01344800
                                            6100 Western Place, Ste 1050
                                            Ft. Worth, TX 76107
                                            Telephone: (817) 916-4710

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served on January 16, 2015 and that the instrument was filed electronically. Service was accomplished to the parties listed below, in the manner listed below:

/s/ Heena Hirani
Heena Hirani

**ATTORNEY FOR DEBTOR (electronically)**
ROBERT A HIGGINS AND ASSOCIATES
8200 CAMP BOWIE W BLVD
FORT WORTH, TX 76116

**DEBTOR (1st class mail)**
MADLYN SHAVON MARISA
5521 WELLESLEY AVE
FORT WORTH, TX 76107

**CREDITOR (1st class mail)**
SENECA MORTGAGE SERVICING LLC
3374 WALDEN AVE  STE 120
DEPEW, NY 14043

**US TRUSTEE (electronically)**
1100 COMMERCE STREET ROOM 976
DALLAS, TX 75254