

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 6, 2015

United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE 14-41509-RFN |
| | § | |
| MADLYN SHAVON MARISA | § | |
| | § | |
| | § | |
| Debtor | § | |
| | § | CHAPTER 13 |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIM CLAIM NO. 9

WHEREAS the Chapter 13 Trustee, Pam Bassel, filed the Trustee's Objection to Late Field Proof of Claim of SENECA MORTGAGE SERVICING LLC pursuant to Rule 3007 of the Bankrtupcy Rules of Civil Procedure on January 15, 2015.

WHEREAS the matter was heard at the hearing on April 02, 2015. No party filed a response in opposition and no party appeared to oppose the objection.

IT IS ORDERED that the Trustee's Objection to Proof of Claim is **GRANTED**.

IT IS FURTHER ORDERED that the claim filed on behalf of SENECA MORTGAGE SERVICING LLC, Claim 9, is **DISALLOWED.**

**###END OF ORDER###**